

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-19-00007-CV

**IN RE** Candace **HARDIN**

Original Mandamus Proceeding[1]

### ORDER

On January 4, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 16, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI20115, styled *Candace Denman v. Derrick Denman*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.